UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANTHONY DOUGLAS | § | CIVIL ACTION NO. _____ |
| VERSUS | § | SECTION: " ___ " |
| | | |
| CHEM CARRIERS, LLC | § | MAGISTRATE (__) |

### **SEAMAN'S SUIT**

This Seaman Suit of ANTHONY DOUGLAS, a person of the full age of majority, appearing herein through undersigned counsel, and complaining of the above named Defendant, respectfully alleges and shows unto this Honorable Court that:

1.

Plaintiff, ANTHONY DOUGLAS brings this cause of action pursuant to the provisions of 46 U.S.C. §30104*, et al.*, commonly referred to as the Jones Act, and all statutes supplemental and amendatory thereto, and the general maritime law, including but not limited to the warranty of seaworthiness and the doctrine of maintenance and cure.

2.

Defendant is CHEM CARRIERS, LLC, a limited liability company engaged in the marine transportation business.

3.

On or about November 1, 2017, Plaintiff, ANTHONY DOUGLAS, was employed by the Defendant, CHEM CARRIERS, LLC, as a captain / pilot assigned to its vessel,

M/V MISS DANIELLE, which was operating in the navigable waterways of the United States of America.

4.

Defendant, CHEM CARRIERS, LLC, was at all times material to this lawsuit the "Jones Act" employer of the Plaintiff, ANTHONY DOUGLAS.

5.

At all times material to this lawsuit, ANTHONY DOUGLAS was a seaman under the provisions of the 46 U.S.C. §30104 *et seq.,* the Jones Act.

6.

On or about November 1, 2017, Plaintiff was working as a member of the crew of the M/V MISS DANIELLE, a vessel owned, operated and/or controlled by the Defendant, CHEM CARRIERS, LLC.  The M/V MISS DANIELLE was operating in the navigable waters.

7.

On or about November 1, 2017, while in the service of the M/V MISS DANIELLE, ANTHONY DOUGLAS sustained severe injuries to his person, including but not limited to severe injuries to his right hip and lower back.

8.

Plaintiff's injuries will required extensive surgery and Plaintiff will be disabled from his maritime employment.

9.

Plaintiff's injuries and damages are attributable to the fault and/or negligence of his Jones Act employer, CHEM CARRIERS, LLC, in the following non-exclusive respects:

   a.   failing to provide the plaintiff with a safe place to work;

   b.   failing to give proper and appropriate warnings to the plaintiff;

   c.   failing to adequately and safely equip the vessel;

   d.   failing to abide by safety guidelines;

   e.   other negligent acts and/or omissions to be shown at the trial of this
        action.

10.

In addition to the aforementioned Jones Act negligence, a proximate cause of his injuries was the unseaworthiness of the M/V MISS DANIELLE and its appurtenances, specifically the vessel's shower and shower enclosure.

11.

ANTHONY DOUGLAS' injuries occurred while performing his work as a seaman, entitling him to receive maintenance and cure benefits.   CHEM CARRIERS, LLC has denied Plaintiff's request for curative treatment, including but not limited the total right hip replacement which has been recommended by the physicians who have examined and treated Plaintiff since November 1, 2017.   CHEM CARRIERS, LLC has also informed Plaintiff that he would not receive any maintenance payments for missed work while he receives treatment for the November 1, 2017 incident.

12.

CHEM CARRIERS, LLC's refusal to provide maintenance and cure is unreasonable, and Plaintiff is entitled to additional compensatory damages for defendant's unreasonable refusal to provide these benefits to Plaintiff.

13.

CHEM CARRIERS, LLC's refusal to provide maintenance and cure is willful and wanton, and Plaintiff is entitled to attorneys' fees and punitive damages for defendant's reckless indifference.

14.

As a result of the above and foregoing negligent acts and/or omissions and/or the unseaworthiness of the M/V MISS DANIELLE, Plaintiff, ANTHONY DOUGLAS will suffer a loss of income, impairment of his future earning capacity, loss of his employee benefits, loss of enjoyment of life, past and future mental and physical pain and suffering, severely painful and permanently disabling injuries, shall incur substantial medical expenses, past and future maintenance, cure and found.

15.

As a Jones Act seaman, Plaintiff requests a trial by jury.

16.

Plaintiff was not at fault in causing this incident or his resulting damages.

WHEREFORE, Plaintiff, ANTHONY DOUGLAS, prays for judgment herein and against Defendant, CHEM CARRIERS, LLC and that it be duly cited and served with a copy of this Seaman's Suit, that it be cited to appear and answer same within the delays allowed by law, and that after due proceedings, that there be judgment rendered

-4-

herein in favor of Plaintiff, ANTHONY DOUGLAS, and against Defendant herein, CHEM CARRIERS, LLC in the total sum of THREE MILLION ($3,000,000.00) DOLLARS for compensatory damages, punitive damages and attorneys fees, plus interest from the date of the incident until paid, all costs of these proceedings, for trial by jury, and for all other general, equitable maritime relief.

Respectfully submitted:

STRAUSS & KING, APLC

*/s/ Berney L. Strauss*
Berney L. Strauss #12527
Rhett E. King #23811
406 Magazine Street, Suite 300
New Orleans, Louisiana 70130
504-523-0033 (telephone)
504-523-0109 (facsimile)
rhettking@straussandking.com

*Counsel for Plaintiff, Anthony Douglas*

-5-