# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 19-30787

_____

ANTHONY DOUGLAS,

    Plaintiff - Appellant

v.

CHEM CARRIERS TOWING, L.L.C., erroneously referred to previously as Chem Carriers, L.L.C.,

    Defendant - Appellee

_____

Appeal from the United States District Court
for the Eastern District of Louisiana

_____

A True Copy
Certified order issued Mar 11, 2020

*Lyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

CLERK'S OFFICE:

    Under FED. R. APP. P. 42(b), the appeal is dismissed as of March 11, 2020, pursuant to the joint motion of the parties.

    LYLE W. CAYCE
    Clerk of the United States Court
    of Appeals for the Fifth Circuit

*Dantrell Johnson*

    By: _____
    Dantrell L. Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT